AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Eaton Brown   Telephone: (313) 226-9100
Special Agent: John Franklin   Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Tre Lee Tigner

Case No.
Case: 2:20-mj-30228
Assigned To : Unassigned
Assign. Date : 7/7/2020
USA V. SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

John Franklin, Special Agent (ATF)
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __July 7, 2020__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. R. Steven Whalen, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, John Franklin, Special Agent, being sworn, depose and state the following:

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since 2003. I have been involved in numerous investigations of firearms laws.

3. I am currently investigating Tre Lee TIGNER, DOB: XX/XX/1994 for a violation of federal firearms laws.

4. On June 13, 2020, Detroit Police Department (DPD) Officers conducted a traffic stop in front of 14864 Cloverdale St., Detroit, MI, after the 2006 Cadillac, MI plate DZZ 7484, driven by Tre Lee TIGNER failed to signal before turning left onto Cloverdale from Eaton St.  During the course of the traffic stop TIGNER advised the officers that he had a gun in the car and is

currently on parole. The officers placed TIGNER in handcuffs and placed him in the rear of the scout car. DPD Officer Toledo then recovered a loaded Glock, model 27, .40 caliber, semi-automatic pistol, serial number TAG322, from under the front driver's side seat. TIGNER was arrested for felony firearm possession and carrying a concealed weapon in a motor vehicle, and was transported to the 11th Precinct for holding.

5. On June 23, 2020, I reviewed a Law Enforcement Information Network (LEIN) query regarding TIGNER's criminal history. The query revealed that on or about September 27, 2016, TIGNER was convicted of two (2) counts of Felony Financial Transaction Device – Possession of Fraudulent One, and that on or about December 15, 2016, TIGNER was convicted of RICO – Racketeering – Narcotics, Felony, and is currently on federal supervised release.

6. On June 23, 2020, ATF Special Agent Josh McLean, an interstate nexus expert, stated that the previously-mentioned firearm, fully identified as a Glock, model 27, .40 caliber, semi-automatic pistol, serial number TAG322, was manufactured outside the State of Michigan, thus, had traveled in interstate commerce.

7. Based on the foregoing, I have probable cause to believe that, Tre Lee TIGNER, a convicted felon, did knowingly and intentionally possess a firearm, in violation of 18 U.S.C. Section 922(g)(1).

Respectfully submitted,

John Franklin, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. R. Steven Whalen
United States Magistrate Judge

Date: July 7, 2020